**HENNELLY & GROSSFELD LLP**
Kenneth B. Grossfeld, Esq., CSB#110641
Brian M. Englund, Esq., CSB#070753
3600 American River Drive, Suite 145
Sacramento, CA  95864-5950
Phone:         (916) 488-1000
Fax:            (916) 488-3269

Attorneys for Plaintiff, ADVANTICA, INC.,
A Delaware corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADVANTICA, INC., a Delaware corporation, | CASE NO.: C05 00256 PJH |
| Plaintiff, | **ORDER** |
| -vs- | |
| ANDES CONSTRUCTION INCORPORATED., a California corporation, | |
| Defendant. | |

Plaintiff Advantica, Inc. moved ex parte, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for a 30 day enlargement of time to serve the summons and complaint on Andes Construction Incorporated.  Based on the ex parte motion, including the declaration of counsel, and for good cause shown, it is here <u>ORDERED</u> that the time for serving the summons and complaint on defendant Andes Construction Incorporated is hereby enlarged by 30 days, to and including July 18, 2005.   FINAL CONTINUANCE!

Dated: 6/2/05

_____
Phyllis J. Hamilton
United States District Judge

O:\CLIENTS\ADVANTICA, INC\ANDES\#2-EX PARTE ORDER.wpd

**ORDER**