**HENNELLY & GROSSFELD LLP**
Kenneth B. Grossfeld, Esq., CSB#110641
Brian M. Englund, Esq., CSB#070753
3600 American River Drive, Suite 145
Sacramento, CA 95864-5950
Phone:      (916) 488-1000
Fax:        (916) 488-3269

Attorneys for Plaintiff, ADVANTICA, INC.,
A Delaware corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADVANTICA, INC., a Delaware corporation, )<br>)<br>Plaintiff, )<br>)<br>-vs- )<br>)<br>ANDES CONSTRUCTION, )<br>INCORPORATED, a California corporation, )<br>)<br>Defendant. )<br>_____ ) | CASE NO.: C05 0256 PJH<br><br>**REQUEST OF PLAINTIFF TO CONTINUE CASE MANAGEMENT CONFERENCE** |

Plaintiff, Advantica, Inc. hereby requests the Court to continue the Case Management Conference scheduled for July 14, 2005, for approximately 30 to 60 days. This request is made on the ground that defendant Andes Construction. Inc. has not yet been served with process, and a Case Management Conference is premature. Plaintiff has also submitted an ex parte motion to enlarge time to serve the summons and complaint. A proposed order is submitted herewith.

Dated: June 1, 2005

HENNELLY & GROSSFELD LLP

By: _____
Brian M. Englund
Attorney for Plaintiff ADVANTICA, INC.,
A Delaware corporation

O:\CLIENTS\ADVANTICA, INC\ANDES\#2-REQ-CONT-CMC.wpd

1  **HENNELLY & GROSSFELD LLP**
   Kenneth B. Grossfeld, Esq., CSB#110641
2  Brian M. Englund, Esq., CSB#070753
   3600 American River Drive, Suite 145
3  Sacramento, CA  95864-5950
   Phone:      (916) 488-1000
4  Fax:        (916) 488-3269

5  Attorneys for Plaintiff, ADVANTICA, INC.,
   A Delaware corporation
6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11 | ADVANTICA, INC., a Delaware corporation,  )  CASE NO.: C05 00256 PJH
12 |                                           )
                     Plaintiff,                )
13 |       -vs-                                )  **ORDER CONTINUING CASE**
                                               )  **MANAGEMENT CONFERENCE**
14 | ANDES CONSTRUCTION,                       )
     INCORPORATED, a California corporation,   )
15 |                                           )
                     Defendant.                )
16 | _____)

17

18       Plaintiff, Advantica, Inc. filed its request for a continuance of the Case Management

19 Conference scheduled for July 14, 2005, on the ground that the defendant Andes Construction,

20 Inc. has not yet been served with process, and a Case Management Conference is premature.

21 For good cause shown, the request is granted, and it is ORDERED that the date for the initial

22 Case Management Conference is continued to _August 25_____, 2005, at _2:30 p.m._.

23 NO FURTHER
   CONTINUANCES
24
   Dated: _June 3_____, 2005                    _____[signature]_____
25
                                                Phyllis J. Hamilton
26 O:\CLIENTS\ADVANTICA, INC\ANDES\#2-ORDER-CONT-CMC.wpd    UNITED STATES DISTRICT JUDGE

27

28