**HENNELLY & GROSSFELD LLP**
Kenneth B. Grossfeld, Esq., CSB#110641
Brian M. Englund, Esq., CSB#070753
3600 American River Drive, Suite 145
Sacramento, CA  95864-5950
Phone: (916) 488-1000
Fax: (916) 488-3269

Attorneys for Plaintiff, ADVANTICA, INC.,
A Delaware corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADVANTICA, INC., a Delaware corporation, | CASE NO.: C05 00256 PJH |
| Plaintiff, | |
| -vs- | **NOTICE OF VOLUNTARY DISMISSAL (Rule 41(a)(1))** |
| ANDES CONSTRUCTION INCORPORATED., a California corporation, | |
| Defendants. | |

Plaintiff Advantica, Inc. hereby dismisses this action, without prejudice.

HENNELLY & GROSSFELD LLP

Dated: July 15, 2005

By: _____
Brian M. Englund

Attorney for Plaintiff ADVANTICA, INC.,
A Delaware corporation

O:\CLIENTS\ADVANTI...

*IT IS SO ORDERED*
Judge Phyllis J. Hamilton

NOTICE OF VOLUNTARY DISMISSAL (Rule 41(1)(1))
1